Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
*Attorneys for Plaintiff, Crystal Redick*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE INDIANA FINISH LINE, INC., an Indiana corporation; THE FINISH LINE, INC., an Indiana corporation; and DOES 1 to 10 inclusive,<br><br>　　　　Defendants. | Case No.: 2:22-CV-08534-MCS-JEM<br><br>*Hon. Judge Mark C. Scarsi*<br><br>**NOTICE OF SETTLEMENT**<br><br>FAC filed:　　January 27, 2023<br>Trial Date:　　Not Set |

     Plaintiff Crystal Redick ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled. A Notice of Dismissal with Prejudice as to Plaintiff's claims will be filed upon execution of a formal settlement agreement in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: February 24, 2023　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Binyamin I. Manoucheri*
　　　　　　　　　　　　　　　　　　　　Thiago M. Coelho
　　　　　　　　　　　　　　　　　　　　Binyamin I. Manoucheri
　　　　　　　　　　　　　　　　　　　　**WILSHIRE LAW FIRM**
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

1
NOTICE OF SETTLEMENT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 24, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: February 24, 2023       */s/ Binyamin I. Manoucheri*
                                Binyamin I. Manoucheri