Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Carolin K. Shining, SBN 201140
cshining@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
*Attorneys for Plaintiff, Crystal Redick*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>THE INDIANA FINISH LINE, INC., an Indiana corporation, THE FINISH LINE, INC., an Indiana corporation, and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No.: 2:22-cv-08534-MCS-JEM<br><br>*Hon. Judge Mark C. Scarsi*<br><br>**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A); [PROPOSED] ORDER**<br><br>FAC Filed:   January 27, 2023<br>Trial Date:   None Set |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Crystal Redick and Defendants The Indiana Finish Line, Inc. and The Finish Line, Inc., stipulate and jointly request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the absent putative class claims, which will dismiss this action in its entirety. Each party shall bear her or its own fees and costs.

Dated: April 21, 2023                    **WILSHIRE LAW FIRM, PLC**

*/s/ Carolin K. Shining*
Thiago M. Coelho, Esq.
Carolin K. Shining, Esq.
*Attorneys for Plaintiff*

Dated: April 21, 2023                    **BLANK ROME LLP**

*/s/ Morgan Bubman*
Ana Tagvoryan, Esq.
Harrison Brown, Esq.
Morgan Bubman, Esq.
*Attorneys for Defendants*

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this joint stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: April 21, 2023                    **WILSHIRE LAW FIRM, PLC**

*/s/ Carolin K. Shining*
Carolin K. Shining
*Attorneys for Plaintiff*